KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

WILLIAM I. SHOCKLEY (CTSBN 057465)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    william.i.shockley@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0646 JSW |
| Plaintiff, | |
| v. | [PROPOSED] STIPULATION AND ORDER OF CONTINUANCE |
| WILLIE BEASLEY, | |
| Defendant. | |

    The above-captioned matter came before this Court on November 3, 2005 and the court relieved Daniel Blank, Esq. from further representation of the defendant, and appointed Michael Shepard, Esq. to represent the defendant. Appearing for the defendant was Megan Dixon, Esq., from attorney Shepard's office, and Assistant United States Attorney William I. Shockley for the United States.

    On behalf of the defendant, attorney Dixon request a continuance to examine discovery until November 17, 2005, with time excluded from the Speedy Trial clock for effective preparation by counsel. The government joined in the request.

STIPULATION AND [PROPOSED]
ORDER OF CONTINUANCE
CR 05-0646 JSW

Accordingly, the parties stipulated and the Court made a finding on the record, that the time from November 3, 2005 through November 17, 2005 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for defense counsel to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED

DATED: 11/16/05

WILLIAM I. SHOCKLEY
Assistant United States Attorney

DATED: 11/16/05

MEGAN DIXON,
Attorney for Willie Beasley

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 6, 2005

JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED]
ORDER OF CONTINUANCE
CR 05-0646 JSW                              2