KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Fax: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIE BEASLEY,<br><br>    Defendant. | No.   CR 05-0646 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 5, 2006 THROUGH MARCH 2, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

     The parties were before this Court for appearance on January 5, 2006. The defendant was personally present and in custody. Michael J. Shepard, Esq., and Megan Dixon, Esq., appeared for the defendant. Matthew A. Parrella, Assistant United States Attorney, appeared for the government. At the request of defense counsel, the Court set the following briefing schedule: January 26, 2006 for filing of the defendant's motions, February 9, 2006 for the Government's response, and February 15, 2006 for any reply by the defendant. The Court continued the calendered matter until March 2, 2006 at 2:30 p.m. for defendant's next appearance in this Court for hearings on said motions.

     At the request of the parties, including the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 5, 2006 through March 2, 2006. The parties, including the defendant agree

Order re Speedy Trial Exclusion of Time
CR 05-0646 JSW

and the Court finds and holds as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 5, 2006 through March 2, 2006, based upon the needs for filing of pretrial motions in this case and for the continued review of the discovery to assure effective preparation of the defense.

2. The attorney for the defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 5, 2006 through March 2, 2006, for all the above reasons, and believes the exclusion of time is necessary for preparation and filing of pretrial motions in this case and for the continued review of the discovery to assure effective preparation of the defense; Counsel for the defendant further believes that the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from January 5, 2006 through March 2, 2006.

Given the above circumstances, and all the factors made known to the Court during the January 5, 2006 appearance, the Court finds that the ends of justice served by excluding from calculations the period from January 5, 2006 through March 2, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).  Accordingly, the Court sets the next appearance date before this Court on March 2, 2006 at 2:30 p.m., and orders and finds that the time from January 5, 2006 through March 2, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

SO STIPULATED:

DATED: January 9, 2006       /S/_____
                             MICHAEL J. SHEPARD
                             MEGAN DIXON
                             Attorney for Defendant

DATED: January 17, 2006      /S/_____
                             MATTHEW A. PARRELLA
                             Assistant United States Attorney

**IT IS SO ORDERED:**

DATED: January 18, 2006      _____
                             JEFFREY S. WHITE
                             United States District Judge

Order re Speedy Trial Exclusion of Time
CR 05-0646 JSW                             2