*E-Filing*

RECEIVED

MAR   6 2006

RICHARD W. WIEK
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF CALIF...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 05 00646 JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER OF IMMEDIATE MEDICAL CARE |
| v. | The Honorable Jeffrey S. White |
| WILLIE BEASLEY, | |
| Defendant. | |

Mr. Beasley was arrested and incarcerated on October 13, 2005. He immediately reported to prison authorities that he was suffering from severe back pain. During the course of his nearly five-month incarceration, Mr. Beasley has made repeated requests for appropriate medical care, including Magnetic Resonance Imaging ("MRI") if necessary to properly diagnose the problem so that it can be treated. Medical professionals at the Glenn Dyer Detention Facility in Oakland agreed that Mr. Beasley needed an MRI and transferred him to Santa Rita Jail, which has a larger and more extensive medical facility on site, as well as the ability to transfer inmates to a local hospital for more extensive testing and treatment if necessary.

Despite his prompt and repeated requests for medical care, and although Mr. Beasley has now been transported back and forth between Glenn Dyer and Santa Rita Jail

1  numerous times, at present, Mr. Beasley still has not received appropriate medical attention

2  for his back injury.  Mr. Beasley reports that his condition has become progressively worse

3  and that he is in a great deal of pain.

4         In light of the fact that he has been incarcerated for nearly five months and has made

5  numerous requests for medical care for his back condition, IT IS HEREBY ORDERED that

6  Mr. Beasley be provided immediate access to medical care and/or testing for his back

7  injuries.

8  DATED: March 8, 2006 __, 2006

9

10

11                              Honorable Jeffrey S. White

12                              U.S. District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF IMMEDIATE MEDICAL CARE