KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5060
   Facsimile:   (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 05-0646 JSW |
| Plaintiff, ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MARCH 3, 2006 THROUGH MARCH 23, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| v. ) | |
| WILLIE BEASLEY, ) | |
| Defendant. ) | |

      The parties appeared before this Court for appearance on March 2, 2006.  The defendant was personally present and in custody.  Megan Dixon, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government.  The Court continued the matter to March 23, 2006 at 2:30 p.m. for defendant's next appearance in this Court.

      At the request of the parties, including the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from March 3, 2006 through March 23, 2006.  The parties, including the defendant, agree and the Court finds and holds as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from March 3, 2006 through March 23, 2006 based upon the need for the defense counsel to investigate further the facts of the present case and to evaluate further possible defenses and motions available to the defendant.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from March 3, 2006 through March 23, 2006.

Given these circumstances, the Court finds that the ends of justice served by excluding from calculations the period from March 3, 2006 through March 23, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, the Court (1) sets an appearance date before this Court on March 23, 2006 at 2:30 p.m., and (2) orders and finds that the time from March 3, 2006 through March 23, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

SO STIPULATED:

DATED: 3/10/06     ___/s/_____
                   MEGAN DIXON
                   Attorney for Defendant

DATED: 3/13/06     ___/s/_____
                   HANLEY CHEW
                   Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 13, 2006     _____
                          JEFFREY S. WHITE
                          United States District Judge