KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile:  (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 05-0646 JSW |
| Plaintiff, | ) ) | [PROPOSED] **ORDER EXCLUDING** |
| v. | ) ) | **TIME FROM APRIL 13, 2006 THROUGH MAY 11, 2006 FROM** |
| WILLIE BEASLEY, | ) ) | **CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| Defendant. | ) ) | |

     The parties appeared before this Court for appearance on March 2, 2006. The defendant was personally present and in custody. Neil Popovic, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. The Court continued the matter to May 11, 2006 at 2:30 p.m. for defendant's next appearance in this Court.

     At the request of the parties, including the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 13, 2006 to May 11, 2006. The parties, including the defendant, agree and the Court finds and holds as follows:

1.	The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 13, 2006 to May 11, 2006 based upon the need for the defense counsel to investigate further the facts of the present case and to evaluate further possible defenses and motions available to the defendant.

2.	The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from April 13, 2006 to May 11, 2006.

Given these circumstances, the Court finds that the ends of justice served by excluding from calculations the period from April 13, 2006 to May 11, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, the Court (1) sets an appearance date before this Court on May 11, 2006 at 2:30 p.m., and (2) orders and finds that the time from April 13, 2006 to May 11, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

SO STIPULATED:

DATED: 4/17/06              ____/S/_____
                            MEGAN DIXON
                            Attorney for Defendant

DATED: 4/24/06              ____/S/_____
                            HANLEY CHEW
                            Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 24, 2006       _____
                            JEFFREY S. WHITE
                            United States District Judge