KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HANLEY CHEW (CASBN 189985)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5-0646 JSW |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | and ORDER THEREON |
| WILLIE BEASLEY, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: May 3, 2006       Respectfully submitted,

                                      KEVIN V. RYAN
                                      United States Attorney

                                      /s/
                                      _____
                                      HANLEY CHEW
                                      Assistant United States Attorney

| | |
|---|---|
| 1 | Leave of Court is hereby granted to the government to dismiss that indictment. |
| 2 | Date: May 4, 2006 |
| 3 | THE HONORABLE JEFFREY S. WHITE |
| 4 | United States District Judge |
| 5 | by the Honorable Martin J. Jenkins |

(Signed: Jeffrey S. White)