1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 | HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
5 | San Jose Division

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
7 | Telephone: (408) 535-5060
Facsimile: (408) 535-5066

8

Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-0646 JSW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER RELEASING DEFENDANT WILLIE BEASLEY FROM CUSTODY |
| v. | ) | |
| WILLIE BEASLEY, | ) | |
| Defendant. | ) | |

On or about May 3, 2006, the government filed its request for leave of Court to dismiss without prejudice the above-captioned action. On May 5, 2006, the Court granted the government leave to dismiss this case without prejudice.

Accordingly, because there are no further charges pending against the defendant, at the

///

1  request of the parties, the Court enters this order releasing defendant Willie Beasley from
2  custody.
3  SO STIPULATED:
4
5  DATED: May 8, 2006           /s/
                                 MEGAN DIXON
6                                Attorney for Defendant
7  DATED: May 8, 2006           /s/
                                 HANLEY CHEW
8                                Assistant United States Attorney
9  IT IS SO ORDERED.
10
11 DATED:_____       __Jeffrey S. White_____
                                 JEFFREY S. WHITE
12                               United States District Judge

5/9/2006

Martin J. Jenkins mjj
for Judge White.

2